Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00863-CR

Carolyn Boeck **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 242570
Honorable Sarah Garrahan-Moulder, Judge Presiding

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Karen Angelini, Justice
    Sandee Bryan Marion, Justice

Delivered and Filed: December 29, 2010

DISMISSED

On December 10, 2010, we abated this appeal and directed the trial court to conduct a hearing to determine the status of this appeal. We received findings and recommendations from the trial court on December 20, 2010, reflecting that appellant no longer wishes to pursue her appeal and recommending that this court dismiss the appeal. The court, having considered the documents on file and the trial court's findings and recommendations, is of the opinion that the appeal should be dismissed. It is therefore ordered that this appeal is reinstated on the docket of

this court and dismissed.  *See Bocanegra v. State*, No. 13-98-312-CR, 1999 WL 34973199, at *1 (Tex. App.—Corpus Christi Apr. 15, 1999, no pet.) (not designated for publication) (dismissing appeal after trial court found appellant no longer wished to pursue his appeal).

PER CURIAM

DO NOT PUBLISH